IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES MAHAN, Husband of Linda Mahan, | * * * | |
| Plaintiff, | * | |
| vs. | * | No. 4:15-cv-00370-SWW |
| | * * | |
| DAVID E. SMITH, M.D. 1101 Executive Center Drive, Suite 200 Little Rock, AR 72211 | * * * * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of June, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE